IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re: Christopher Joseph Matisa            Case No. 16-34506-KRH
    Sandra  Matisa                                         Chapter 13
    DBA Kiss of Ink, LLC
    AKA Sandra Stillwell
    **Debtors**

## NOTICE OF HEARING

      TO:     The Debtors, the Chapter 13 Trustee, Office of the U.S. Trustee, and all parties in interest.

      NOTICE IS HEREBY GIVEN that the Debtors filed an Objection to Claim relating to the claim of Jeff Ribera, d/b/a JR Direct (a/o DS Funding, LLC…..Washington Mutual Bank) ("JR Direct"), which the Court designated as Claim No. 4-1. JR Direct filed a Response to the Objection to Claim within the time period required by Local Bankruptcy Rule Number 9013-1(H)(3)(d). Accordingly, Debtors request that the Court hold a hearing and determine the validity of Claim No. 4-1.

      **NOTICE IS HEREBY GIVEN THAT A HEARING ON THE OBJECTION TO CLAIM NO. 4-1 AND THE ENTRY OF A PROPOSED ORDER SUSTAINING THE OBJECTION TO CLAIM WILL BE HELD ON September 12, 2018 at 12:00 p.m. in Honorable Kevin R. Huennekens's Courtroom, U.S. Bankruptcy Court, 701 E. Broad Street, Room 5000, Richmond, Virginia.**

                                                           Respectfully submitted,

                By:     /s/ Mark C. Leffler
                          Mark C. Leffler (VSB #40712)
                          Kathryne Mary Rose Shaw (VSB #89561)
                          Boleman Law Firm, P.C.
                          P.O. Box 11588
                          Richmond, VA  23230-1588
                          Telephone (804) 358-9900
                          Counsel for Debtors

**CERTIFICATE OF SERVICE**

      I certify that on August 2, 2018 a copy of the foregoing has been sent to the Chapter 13 Trustee via the Court's CM/ECF system and mailed via first class mail to the following:

JR Direct
3802 Rosecrans Street #536
San Diego, CA 92110

DS Funding, L.L.C.
c/o Darell A. Drinkwater, Registered Agent
605 Lynnhaven PKWY STE 200
Virginia Beach, VA 23452

Christopher Joseph Matisa
Sandra Matisa
171 Alameda Drive
Pamplin, VA 23958

                          /s/ Mark C. Leffler
                          Counsel for Debtors